JAMES G. PATTON, Respondent, *v.* DANIEL A. BULLARD et al., Appellants.

(Argued December 5, 1889; decided December 20, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 1, 1886, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial without a jury.

*E. F. Bullard* for appellants.

*Charles E. Patterson* for respondent.

Agree to affirm on opinion of court below.
All concur.
Judgment affirmed.